# EXHIBIT A



## DELI MANAGEMENT, INC.

July 28, 2017

Mr. Joshua H. Sheskin
Federal Disability Advocates
4300 Biscayne Boulevard – Suite 305
Miami, Florida 33137
(305) 717-7530
(305) 717-7539 - Fax

Re: James Van Winkle, Plrf. Vs. Chestnut Ridge Associates, LLC.,
et al., Dft // Deli Management, Inc., etc

Dear Mr. Sheskin,

    Please be advised that I am General Counsel for Deli Management, Inc. I have called three times to try to discuss this matter. I would appreciate if you would give me a call.

    My office number is (512) 499-8900 and my cell number is (409) 673-1949.

Regards,

Christopher T. Coco
General Counsel
Deli Management, Inc.



## DELI MANAGEMENT, INC.

August 1, 2017

Mr. Joshua H. Sheskin
Federal Disability Advocates
4300 Biscayne Boulevard – Suite 305
Miami, Florida 33137
(305) 717-7530
(305) 717-7539 - Fax

Re: James Van Winkle, Plrf. Vs. Chestnut Ridge Associates, L.L.C.,
    et al., Dft // Deli Management, Inc., etc

Dear Mr. Sheskin,

    I have been advised that all matters raised in your complaint regarding Jason's Deli have been rectified.

    If you would like to send someone to verify the same, please advise.

Regards,

Christopher T. Coco
General Counsel
Deli Management, Inc.

1609 Shoal Creek Blvd. #100 • Austin, TX 78701 • 512-499-8900 • 512-320-8906 FAX

**Subject:** Van Winkle v. Chestnut Ridge, et al
**Date:** Wednesday, August 9, 2017 at 2:37:57 PM Central Daylight Time
**From:** John Cowart
**To:** jsheskin@jltrial.com
**CC:** jdeleon@jltrial.com

Joshua,

I represent Jason's Deli in the above referenced suit. They have corrected the issues outlined in your suit. Please give me a call as soon as you are able. I appreciate it.

Sincerely,

John Cowart
Shaw Cowart LLP
(512)499-8900